**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORIO VASQUEZ TELLO; ELVIA LOPEZ VASQUEZ; et al., | No. 08-70424 |
| Petitioners, | Agency Nos.    A075-647-604 |
| | A075-647-605 |
| v. | A075-647-606 |
| | A075-651-208 |
| ERIC H. HOLDER, Jr., Attorney General, | |
| | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:    TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Gregorio Vasquez Tello and Elvia Lopez Vasquez, and their family, natives

and citizens of Guatemala, petition for review of a Board of Immigration Appeals'

("BIA") order reversing an immigration judge's ("IJ") decision granting

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

for substantial evidence, *Gonzalez-Hernandez v. Ashcroft*, 336 F.3d 995, 998 (9th Cir. 2003), and we deny the petition for review.

The BIA reversed the IJ's grant of relief after finding the evidence was sufficient to rebut the presumption that Vasquez Tello's life or freedom would be threatened in the future. Substantial evidence supports the BIA's conclusion. *See id.* at 998-1001. Accordingly, we deny the petition as to petitioners' withholding of removal claim.

**PETITION FOR REVIEW DENIED.**